THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILLIP ALMEDA, Appellant. [780 NYS2d 377]—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Demarest, J.), rendered April 5, 2001, convicting him of attempted aggravated assault upon a police officer (three counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]). Three police officers testified that when they confronted the defendant and identified themselves, he responded by shooting a firearm repeatedly in their direction. This evidence provided a sufficient factual basis for the jury verdict finding the defendant guilty of three counts of attempted aggravated assault upon a police officer (*see People v Clark*, 191 AD2d 576, 577 [1993]; *People v*

*Smith*, 162 AD2d 736 [1990]). Inconsistencies regarding the location and source of shell casings that fell during the gun battle were placed before the trier of fact and resolved in the prosecution's favor (*see People v Clark, supra*).

The imposition of consecutive sentences was a proper exercise of the Supreme Court's discretion (*see People v Day*, 73 NY2d 208, 212 [1989]; *People v Brathwaite*, 63 NY2d 839, 843 [1984]; *People v Clark, supra*). Furthermore, the sentences imposed were not excessive (*see People v Suitte*, 90 AD2d 80 [1982]).

The remaining contentions raised in the defendant's supplemental pro se brief are without merit. Ritter, J.P., Goldstein, Mastro and Fisher, JJ., concur.